## I. L. Vancil, Appellee, v. Charles J. Walter et al., Defendants. Charles J. Walter, Appellant.

### Gen. No. 9,428.

opinion filed May 24, 1944. Hogan & Coale, for appellant; Flesher & Taylor, for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.